**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 19-CV-02729-RM-KMT

BRENT LEGG,

    Plaintiff,

v.

CORE CIVIC, INC.,
LOUIS CABILING, M.D.,
JUDY BRIZEDINE, R.N., H.S.A.
JAMIE MILLER, R.N.
FRANCES L, WRIGHT, and
DEBRA L, LUDWIG,

    Defendants.

## ORDER

This matter is before the Court upon consideration of the Plaintiff's motion for substitution of party upon the death of Plaintiff. Plaintiff, an Arizona citizen, seeks to have his daughter Aimee Cheney, a Colorado citizen, substituted as the personal representative of his estate. If Ms. Cheney is properly Plaintiff's legal representative, she is deemed a citizen of Arizona for jurisdictional purposes, *see* 28 U.S.C. § 1332(c)(2), so the court's subject matter jurisdiction is not affected. But Plaintiff advises his estate has not gone through probate and Ms. Cheney apparently has no letters of appointment. Thus, it is unclear to the Court that (1) Ms. Cheney should be substituted as Plaintiff's legal representative and (2) upon her substitution, this court still retains subject matter jurisdiction over this case. Accordingly, it is

**ORDERED** that on or before Friday, June 12, 2020, Plaintiff shall file a status report showing that Ms. Cheney is Plaintiff's legal representative and that this court retains subject matter jurisdiction over this action upon her substitution as a party in her representative capacity.

DATED this 1st day of June, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge
